# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

**CASE NUMBER: 06-30183 lmw**

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**

    Hamden Associates

| | |
|---|---|
| February 28, 2006 | |
| Date | Signature |
| | |
| 05254 | Steven R. Rolnick |
| Connecticut Federal Bar Number | |
| | |
| 203-248-5444 | P.O. Box 5650, Hamden, CT 06518 |
| Telephone Number | Address |
| | |
| 203-288-8777 | |
| Fax Number | |
| | |
| rolnickandreger@cshore.com | |
| E-mail address | |

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Neil Crane  
Law Offices of Neil Crane, LLC  
2700 Whitney Avenue  
Hamden, CT 06518

Roberta Napolitano  
350 Fairfield Avenue  
Bridgeport, CT 06601

U. S. Trustee  
One Century Tower  
265 Church Street  
11th Floor  
New Haven, CT 06510-7017

                                                        Steven R. Rolnick